Opinion of the court.

No. 1907.   LOUIS WILLIAMS  
No. 1908.   PETE CADELL  
No. 1909.   J. W. JOHNSON    } *v.* THE STATE.  
No. 1910.   J. H. RAINEY  
No. 1912.   ROBERT BENTLEY

PRACTICE IN THE COURT OF APPEALS.— INDICTMENTS presented by grand juries composed of more persons than twelve are nullities, as heretofore held in the cases of *Lott* v. *The State*, 18 Texas Ct. App., 627, and *McNeese* v. *The State, ante,* p. 48; and convictions shown by the record to be based upon such pretended indictments will, upon appeal to this court, be set aside and the prosecutions dismissed.

APPEALS from the District Court of Cooke. Tried below before the Hon. F. E. Piner.

The convictions in these cases, with their respective terms of imprisonment in the penitentiary, were, in the order of the case numbers, as follows: Robbery, five years; horse theft, eight years; theft, five years; murder in the second degree, eighteen years, and horse theft, fifteen years.

Briefs of counsel were filed as follows:  
*Sarlls & Scott,* for appellant Louis Williams.  
*Blanton & Wright,* for appellant Pete Cadell.  
*W. F. Bowman* and *J. M. Wright,* for appellant J. W. Johnson.  
*A. M. Thomason* and *W. B. Johnson,* for appellant J. H. Rainey.  
*W. L. Blanton,* for appellant Robert Bentley.

*J. H. Burts,* Assistant Attorney-General, for the State.

HURT, JUDGE. In these cases it affirmatively appears from the record that the parties were each convicted of felonies upon indictments presented by a grand jury composed of more than twelve persons. The cases are from the same court, to wit: the district court of Cooke county. The judgments are reversed and the causes dismissed. (See *Lott* v. *The State*, 18 Texas Ct. App., 627; and *McNeese* v. *The State,* decided at this term, *ante,* p. 48.)

*Reversed and dismissed.*

[Opinion delivered November 4, 1885.]